[No. 32871-6-III.   Division Three.   November 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RONDALE H. PLEASANT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-00764-8, Gregory D. Sypolt, J., entered October 17, 2014. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 70563-6-I.   Division One.   November 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIRAHMAN SAKAWE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00224-8, Mary E. Roberts, J., entered July 1, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Cox and Schindler, JJ.

[Nos. 71952-1-1; 72350-2-1.   Division One.   November 30, 2015.]

GARY W. ALEXANDER, ET AL., *Appellants*, v. CAPITAL ONE, NA, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 13-2-27723-9, Regina S. Cahan, J., entered April 18, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Leach, JJ.

[No. 72142-9-I.   Division One.   November 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NJUGUNA GISHURU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-14245-3, Jean A. Rietschel, J., entered July 14, 2014. *Dismissed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Leach, J.